IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE N. MOTHERSHED a/k/a WILLIAM R. RICHARDSON, | : : : | |
| **Plaintiff** | : : | |
| v. | : : | 5:06-CV-415 (WDO) |
| COUNTY OF SAN JOAQUIN and the STATE OF CALIFORNIA, | : : : : | |
| **Defendants** | : | |

**ORDER**

Plaintiff filed this case seeking to prevent Defendants from collecting child support and other related debts claiming that the debts were discharged in bankruptcy. The matter is before the Court on Defendants' motions to dismiss. Defendants correctly argue that the debts in issue are *not* dischargeable in bankruptcy. See 11 U.S.C. § 523(a)(5); In re Omine, --- F.3d ----, 2007 WL 1373812, *13 (11th Cir. May 11, 2007) (recognizing the non-dischargeability of domestic support obligations; In re Kemp, 232 F.3d 652, 653 (8th Cir. 2000) ("The policy underlying § 523 favors the enforcement of familial obligations over a fresh start for the debtor."). Plaintiff therefore failed to state a claim on which this Court has jurisdiction to grant relief. Defendants' motions to dismiss are GRANTED.

**SO ORDERED this 22nd day of May, 2007.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**